UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ASHLEY THOMA COSTA,<br>    *Plaintiff,*<br><br>v.<br><br>JOHN ELLIS and<br>UNITED STATES POSTAL SERVICE,<br>    *Defendants,* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### Nature of Action

1. This is a motor vehicle accident action for damages brought by the plaintiff, Ashley Thoma Costa (the "Plaintiff"), against the defendant, United States Postal Service (hereinafter, "USPS"), and John Ellis (hereinafter "Ellis") for failing to safely operate a motor vehicle owned by the defendant, USPS causing it to collied with a vehicle owned and operated by the plaintiff.

### Parties

2. The plaintiff, Ashley Thoma Costa, is a natural person domiciled in Ludlow, Massachusetts, Hampden County, and resides at 382 Chapin Street.

3. The defendant, John Ellis, is an employee/servant of the defendant, United States Postal Service, and resides at 6 Spring Street, South Hadley, Massachusetts, 01075, Hampshire County.

4. The defendant, United States Postal Service, is a foreign corporation with a business address of 475 L'Enfant Plaza, SW, Washington, District of Columbia, 20260-0010, and conducts business throughout the state of Massachusetts.



CCM
COLUCCI / COLUCCI / MARCUS
124 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-3001

### Jurisdiction

5. Pursuant to 28 U.S.C. § 1331, the United States District Court for the District of Massachusetts has jurisdiction to hear this matter.

### Venue

6. Pursuant to 28 U.S.C. §§ 101 and 1391(b)(2), venue is proper in the United States District Court for the District of Massachusetts, as the Commonwealth of Massachusetts constitutes one judicial district, and a substantial part of the events or omissions giving rise to the claim occurred in the District of Massachusetts.

### Factual Allegations

7. On or about August 4, 2022, the plaintiff was operating her vehicle on Phoenix Terrace, a public way in Springfield, Massachusetts.

8. On or about the aforesaid date, the defendant, John Ellis was traveling on Freeman Terrace, a public way, in Springfield, Massachusetts.

9. At all times material hereto, the defendant, United States Postal Service owned the vehicle operated the defendant, John Ellis. Defendant, United States Postal Service was negligent in entrusting its vehicle to the aforesaid.

10. At all times material hereto, the defendant, John Ellis acted negligently, carelessly and unskillfully in the operation of the aforesaid motor vehicles so as to cause the same to collide with the plaintiff thereby causing her to suffer serious and permanent personal injuries.

### Count One

11. The plaintiff repeats and reavers all of the allegations contained in paragraphs one through ten of this complaint as if rewritten and realleged herein.



CCM
COLUCCI / COLUCCI / MARCUS
424 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-3001

12. As the direct and proximate result of the negligence of the defendant, John Ellis, the plaintiff was seriously injured, suffered great pain and suffering and was obliged to expend monies for medical care.

Wherefore, the plaintiff demands judgment against the defendant, John Ellis, in an amount sufficient and proper to compensate her for her losses, plus interest, attorney's fees and the cost of this action.

## Count Two

13. The plaintiff repeats and reavers all of the allegations contained in paragraphs one through twelve of this complaint as if rewritten and realleged herein.

14. As the direct and proximate result of the negligence of the defendant, United States Postal Service, the plaintiff was seriously injured, suffered great pain and suffering and was obliged to expend monies for medical care.

Wherefore, the plaintiff demands judgment against the defendant, United States Postal Service in an amount sufficient and proper to compensate her for her losses, plus interest, attorney's fees and the cost of this action.



CCM
COLUCCI / COLUCCI / MARCUS
424 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-3001

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,
The Plaintiff, ASHLEY THOMA COSTA,
By Her Attorneys,

**COLUCCI, COLUCCI & MARCUS, P.C.**

/s/ Dino M. Colucci
Dino M. Colucci (BBO #552331)
dino@coluccilaw.com
424 Adams Street
Milton, MA 02186
Tel: (617) 698-6000
Fax: (617) 698-3001

Dated: August 2, 2024



4